**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

LAURA JENNINGS PHOTOGRAPHY, LLC,
a Florida Limited Liability Company,

      Plaintiff,

v.                                        Case No.3:25-cv-1460

LAGOON PONTOONS, LLC, a Florida Limited
Liability Company.

      Defendant.

_____/

**<u>COMPLAINT</u>**

    COMES NOW, Plaintiff, LAURA JENNINGS PHOTOGRAPHY, LLC, a Florida Limited

Liability Company ("Plaintiff"), and sues Defendant, LAGOON PONTOONS, LLC, a Florida

Limited Liability Company ("Defendant") and alleges as follows:

**<u>PARTIES, JURISDICTION, AND VENUE</u>**

    1.    Plaintiff is a professional photography company doing business in Bay County,

Florida, which is within this District.

    2.    Plaintiff is the sole author and exclusive owner of the copyright in the photographs

attached to this Complaint described as "Family Boat Day" (the "Photographs"). Copies of the

Photographs are attached hereto as **Composite Exhibit A**.

    3.    Defendant Lagoon Pontoons is, upon information and belief, a business entity with

a principal place of business in Bay County, Florida and does business in this District. A copy of

Defendant Lagoon Pontoons' Annual Report filed with the State of Florida is attached hereto as **Exhibit B**.

4.    This is a civil action arising under the Copyright Act, 17 U.S.C. §§ 101 et seq.

5.    This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6.    Venue is proper in this District under 28 U.S.C. § 1400(a) because Defendant does business in this District and because the acts of infringement occurred in this District.

7.    Plaintiff created the Photographs on or around May 20, 2018.

8.    Plaintiff owns all rights, title, and interest in the copyright to the Photographs.

9.    Plaintiff's copyrights for the Photographs are registered with the United States Copyright Office as Registration No. VAu 1-544-092, effective August 16, 2024. A true and correct copy of the Certificate of Registration is attached as **Exhibit C**.

10.    Plaintiff licenses photographs like the Photograph to third parties for fees based on use, duration, and medium of publication.

11.    Without Plaintiff's authorization or license, Defendant copied, displayed, and/or distributed the Photographs by posting the Photographs on Defendant's website/social media, using them in marketing materials, and printing them in advertisements. True and correct copies of Defendant's social media posts are attached hereto as **Composite Exhibit D**.

12.    Plaintiff was made aware of Defendant's social media posts on or about June 23, 2024.

13.    Plaintiff originally contacted Defendant to request that Defendant cease using Plaintiff's Photograph. A true and correct copy of Plaintiff's email to Defendant is attached hereto as **Exhibit E**.

14.     Defendant did not seek permission, did not obtain a license, and did not pay Plaintiff a licensing fee for use of the Photographs.

15.     On or about July 29, 2024, Plaintiff, through the undersigned counsel, reached out to Defendant to have Defendant either cease using Plaintiff's Photographs or, in the alternative, pay Plaintiff a licensing fee for the past and continued use of the Photographs. A true and correct copy of the July 29, 2024, letter is attached hereto as **Exhibit F**.

16.     Defendant has failed to cease using the Photographs for promotional purposes or to pay Plaintiff a licensing fee for said use.

17.     Defendant's infringement has deprived Plaintiff of lost licensing revenue and diminished the value of Plaintiff's work.

18.     Defendants' conduct was and continues to be willful, intentional, and in disregard of Plaintiff's rights.

19.     All conditions precedent to filing this action have occurred or been waived.

## COUNT I: COPYRIGHT INFRINGEMENT IN VIOLATION OF 17 U.S.C. § 501

20.     Plaintiff incorporates and realleges Paragraphs 1–19 as if fully set forth herein.

21.     Defendant has infringed Plaintiff's exclusive rights under 17 U.S.C. § 106 by reproducing, distributing, and publicly displaying the Photographs without authorization or payment.

22.     Defendant's infringement was willful within the meaning of 17 U.S.C. § 504(c)(2).

23.     Plaintiff has suffered actual damages, including lost licensing fees, and is entitled to recover Defendants' profits attributable to the infringement under 17 U.S.C. § 504(b).

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter judgment that Defendant has infringed Plaintiff's copyright in violation of 17 U.S.C. § 501;

B. Issue a permanent injunction restraining Defendant from further use, reproduction, or distribution of the Photograph;

C. Award Plaintiff actual damages, including lost licensing fees and Defendant's profits, or, alternatively, statutory damages under 17 U.S.C. § 504(c);

D. Award Plaintiff costs and reasonable attorney's fees pursuant to 17 U.S.C. § 505 if applicable; and

E. Grant such other relief as the Court deems just and proper.

## COUNT II: ALTERATION OF COPYRIGHT IN VIOLATION OF 17 U.S.C. § 106(2)

24. Plaintiff incorporates and realleges Paragraphs 1–19 as if fully set forth herein.

25. Defendant has infringed Plaintiff's exclusive rights not only by reproducing and displaying the Photographs without authorization, but also by altering the Photographs to create unauthorized derivative versions.

26. Specifically, Defendant cropped, colorized, overlaid text, and otherwise digitally manipulated the Photographs and publicly distributed these altered versions.

27. Such alterations constitute the preparation of derivative works, a right reserved exclusively to Plaintiff under 17 U.S.C. § 106(2).

28. Defendant's alterations were made without license or consent, and they have distorted the integrity of the Photographs while depriving Plaintiff of control over how the Photographs are presented and licensed in the marketplace.

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter judgment that Defendant has infringed Plaintiff's copyright in violation of 17 U.S.C. § 106(2);

B. Issue a permanent injunction enjoining Defendant, and all persons acting in concert with Defendant, from creating, displaying, distributing, or otherwise exploiting any derivative works based on Plaintiff's copyrighted Photographs without Plaintiff's express authorization;

C. An award of Plaintiff's actual damages suffered as a result of Defendant's creation and exploitation of unauthorized derivative works, including lost licensing fees, together with Defendant's profits attributable to the infringement under 17 U.S.C. § 504(b);

D. An award of Plaintiff's costs and reasonable attorney's fees under 17 U.S.C. § 505 if applicable; and

E. Such other and further relief as the Court deems just and proper.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted this 27th day of August 2025.

William Hunter Bell
Florida Bar No. 1049272
DUNLAP & SHIPMAN, P.A.
15416 Business Hwy. 331, Suite 100
Freeport, FL 32439
Phone: (850) 635-0952
Fax:  (850) 635-0967
hunter@dunlapshipman.com
gyla@dunlapshipman.com
*Attorney for Plaintiff*

**COMPOSITE EXHIBIT A**









**2025 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L13000003770

**Entity Name:** LAGOON PONTOONS LLC

**FILED**
**Jan 30, 2025**
**Secretary of State**
**4192604905CC**

**Current Principal Place of Business:**

5201 NORTH LAGOON DR
SUITE 1
PANAMA CITY BEACH, FL 32408

**Current Mailing Address:**

309 CAROLYN AVE
PANAMA CITY BEACH, FL 32407 US

**FEI Number:** 46-1769475                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FORD, CHARLES C
309 CAROLYN AVE
PANAMA CITY BEACH, FL 32407 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

| Title | MGRM | | Title | MGRM |
|---|---|---|---|---|
| Name | FLIPPERS TOURS & RENTALS, INC. | | Name | WATERSPORTS OF PCB FL, INC. |
| Address | 309 CAROLYN AVE | | Address | 425 BAYSHORE DR UNIT 13 |
| City-State-Zip: | PANAMA CITY BEACH FL 32407 | | City-State-Zip: | PANAMA CITY BEACH FL 32407 |

| Title | MGRM |
|---|---|
| Name | TAYLOR, MARTY D |
| Address | 425 BAYSHORE DR UNIT 13 |
| City-State-Zip: | PANAMA CITY BEACH FL 32407 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CHARLES FORD                    OWNER                    01/30/2025

Electronic Signature of Signing Authorized Person(s) Detail                                    Date

**EXHIBIT C**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-544-092

**Effective Date of Registration:**
August 16, 2024
**Registration Decision Date:**
January 31, 2025

---

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

### Title

**Title of Group:** Family Boat Day
**Number of Photographs in Group:** 4

### Completion/Publication

**Year of Completion:** 2018

### Author

- **Author:** Laura Jennings
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1983

### Copyright Claimant

**Copyright Claimant:** Laura Jennings
119 Johnson Bayou Dr, Panama City Beach, FL, 32407, United States

### Rights and Permissions

**Name:** Laura Jennings
**Email:** laura.jennings83@gmail.com
**Telephone:** (321)693-8961
**Address:** 119 Johnson Bayou Dr
Panama City Beach, FL 32407 United States

### Certification

COMPOSITE

EXHIBIT D



## Lagoon Pontoons ›

Page · Jet Ski Rental

**8.5K** likes · **9.3K** followers



Get hooked on Shell Island. Experience the best of PCB with our pontoon rentals and dolphin tours!

lagoonpontoonspcb +1 ▼    ☆ 4.9 (500)    ••• See Abo

👍 Like    ◆ Message    •••

Posts    About    Videos    Photos    More ▼

### Lagoon Pontoons's posts

Lagoon Pontoons
1d · 🌐                                         •••



lagoonpontoonspcb 📷 🌐
Reels · 1d

🏠 Home    ▶ Video    👥 Friends    🏪 Marketplace    🔔 Notifications    Menu



1,090 of 1,215



**Lagoon Pontoons**
Jul 2, 2018 · 🌐

Summer Days & Shell Island... See more

💬 Message Lagoon Pontoons

👍❤️ Chris Jennings and 30 others     1 comment   5 shares

👍 Like      💬 Comment      ↗ Send      ↪ Share



1:19

LAGOONPONTOONSPCB

< **Posts**    Follow

beautiful Gulf of Mexico in style! 👋 😎 Our 2 hour, fast-paced Jet Ski Adventure tour is the perfect activity if... more

September 10, 2020

lagoonpontoonspcb    ...



      

22 likes

**lagoonpontoonspcb** Our pontoon boats are top of the line! 👏 We offer a 60 HP, a 90 HP, a Deluxe 90 HP, and a Double Decker with 2 water slides! They all accommodate up to 12 passengers and are equipped with bluetooth! Give us a call today to reserve yours! *850.588.8700*     

September 9, 2020

1:20

**lagoonpontoonspcb**



**9 likes**

**lagoonpontoonspcb** Come have some fun in the sun! ☀️ Shell Island is the perfect place to relax, unwind, and soak up the sunshine! Give us a call to reserve a pontoon boat to spend the day on the water!  *850.588.8700*

August 19, 2020

**lagoonpontoonspcb**





**Lagoon Pontoons**

Posts     About     Videos     **Photos**     More ▾














291 of 405



**Lagoon Pontoons** at Lagoon Pontoons
May 9, 2022 · 🌐

Home is where the anchor drops⚓☀️

💬 Message Lagoon Pontoons

👍❤️ 7

👍 Like          💬 Comment          ➤ Send          ↪ Share

9:41

## Lagoon Pontoons

Lagoon Pontoons's posts



**Lagoon Pontoons**
Stories · 21h · 🌐

0:12

🌼FATHER'S DAY SPECIAL🌼
Friday through Monday
ALL Boats Drastically Discounted!
FULL DAY Rentals only $50 more
than 1/2 Day! 😆 BOOK NOW!!!

lagoonpontoonspcb

Send message...

 Home   Video   Friends   Marketplace   Notifications   Menu



9:38

Click a date to browse availability



**12 passenger max capacity - 90 HP motor - Stereo - Comfortable seating - Fuel included - Explore Shell Island - Fun for the whole family!! Check your date for accurate pricing.**

## About

"**90HP, 12 passenger 24ft Boats. Lagoon Pontoons has the newest & cleanest fleet in town!** Let us help you make that dream come true. Rent a pontoon boat from Lagoon Pontoons and you are the captain! We provide you with instruction on the proper use of the vessel. Maps of the area, all safety gear and fuel are included with your rental. Pontoon Boats are a great way for the entire family to spend the day. The relaxed pace and beautiful views capture the attention of all age groups. Pack a lunch and your favorite beverage and come see us at Lagoon Pontoons.

- Up to 12 Passengers

fareharbor.com



LAGOONPONTOONSPCB
**Posts**                                    Follow

lagoonpontoonspcb                    • • •




♡   ○   ◁                                    ⛉

5 likes

**lagoonpontoonspcb** Get your boating fix all year long! Book a pontoon boat rental with us through December, Monday-Friday. Don't wait. Call or book online now... more

December 4, 2023

lagoonpontoonspcb                    • • •



    

8:28

< | | Follow

lagoonpontoonspcb    ...

5 likes

**lagoonpontoonspcb** Get your boating fix all year long! Book a pontoon boat rental with us through December, Monday-Friday. Don't wait. Call or book online now!

#lagoonpontoons #panamacitybeach #shellisland #shellislandpcb #realfunbeach #hookedonshellisland #grandlagoon #lifeisgrandonthelagoon #wildlife #dolphins #dolphintour #dolphintours #staysaltyflorida #visitpcb #gulfofmexico #floridagulfcoast #gulfcoastlife

December 4, 2023

**lagoonpontoonspcb**    ...

8:27



<    **LAGOONPONTOONSPCB**
**Posts**                              Follow

 lagoonpontoonspcb                    ···



♡  ○  ◁                                🔖

**30 likes**

**lagoonpontoonspcb** Our favorite part of Panama City
Beach? The sunsets😆

 : @pcbsup

#LagoonPontoons #doubledecker #VisitPCB #visitflorida
#mypcb #panamacitybeach #floridabeaches #beachday
#islandlife #beachlife #gulfofmexico #gulfcoast #florida
#floridaliving #pontoon #boating #boat #pontoonboat
#fishing #pontoonrental #jetski #summer #nature #marine
#sunset #beach

August 5, 2022

⌂    🔍    ⊕    ▶    

8:26

**lagoonpontoonspcb**                                              · · ·



7 likes

**lagoonpontoonspcb** We offer 4 different types of pontoon boats: 60 HP, 90 HP, Deluxe 90 HP, and our Double Decker pontoon boat with 2 water slides! 👏 We have the perfect boat for everyone! Give us a call to learn more about the newest, cleanest pontoon boats in PCB and reserve yours today! 🏄‍♂️ 🏝 ☀️ 🌊 *850.588.8700*

View all 3 comments

August 30, 2020

**lagoonpontoonspcb**                                              · · ·

    

8:26

Follow

lagoonpontoonspcb



10 likes

**lagoonpontoonspcb** You never know what type of creatures you might find while snorkeling at Shell Island!  But the possibilities are endless so come find out for yourself! Purchase snorkel gear from us before you leave on your pontoon boat rental or join us on one of our private dolphin and snorkel tours! Either way you're sure to have a blast and find some awesome treasures! 

August 27, 2020

lagoonpontoonspcb

    









10:10   5G

**Lagoon Pontoons**  

Posts    About    Videos    **Photos**    More ▾

Like    Message    ...


Home


Video


Friends


Marketplace


Notifications


Menu

11:16    5G

< **Lagoon Pontoons**  

Posts    About    Videos    **Photos**    More ▼

Like    Message    ...

🏠 Home    ▶ Video    👥 Friends    🏪 Marketplace    🔔 Notifications    Menu

4:25    5G

<

**Lagoon Pontoons**        

Posts    About    Videos    **Photos**    More ▾

Like    Message    •••

                    
Home    Video    Friends    Marketplace    Notifications    Menu

1:38    5G

# Lagoon Pontoons  

Like    Message    •••

 Home     Video     Friends     Marketplace     Notifications     Menu

SNORKELING TRIPS    TOURS    CUSTOMER REVIEWS    DOCK CAM    VIDEO

# HY CHOOSE LAGOON PONTOON BOAT RENTALS IN
# Y BEACH?

re thinking about pontoon boat rentals or taking a ut tour on your ne p to Panama City Beach on the B
bly noticed many options: <u>pontoon boats</u>, <u>dou</u> e <u>pontoon boats</u>, <u>jet skis</u>, and m re.

  

all those choices, how do you figure out the right fit for your family and pocketbook? To help, we have a few re
l consider <u>Lagoon Pontoons</u> for your next family vacation <u>boat rental</u> or <u>tour</u>.

## y To Use

ve never driven a boat before and want to get out there and drive it yourself, a pontoon is one of the easiest an
on the water. Included with our pontoon boat rentals we provide a quick training session right on the dock. Our
es how to operate the boat, safety equipment locations, onboard extras, best practices, and even some of the b
r and enjoy the local waters.

ns float on the water using sealed pontoon tubes and don't need to "plane" or any of those other things to get
Because of this, pontoon boats don't have to contend with current interference, and you can drive the boat like

d like, you can watch a quick video showing you the controls, safety features, and other information by checking
on Boat Rental Orientation video.

         

3:45

**Lagoon Pontoons**

Posts    About    Videos    **Photos**    More ▾

Like    Message    •••


Home


Video


Friends


Marketplace


Notifications


Menu



3:44    5G

### Lagoon Pontoons

Posts    About    Videos    **Photos**    More ▾








Like    Message    ...

Home    Video    Friends    Marketplace    Notifications    Menu

3:43    5G

# Lagoon Pontoons

Posts    About    Videos    **Photos**    More ▾



     

1:20

LAGOONPONTOONSPCB
**Posts**

Follow

lagoonpontoonspcb



**9 likes**

lagoonpontoonspcb Come have some fun in the sun! ☀️
Shell Island is the perfect place to relax, unwind, and soak up
the sunshine! Give us a call to reserve a pontoon boat to
spend the day on the water! 🏝️🚤🐬 *850.588.8700*

August 19, 2020

lagoonpontoonspcb

1:19

beautiful Gulf of Mexico in style! 👋 😎 Our 2 hour, fast-paced Jet Ski Adventure tour is the perfect activity if... more

September 10, 2020

lagoonpontoonspcb    ...



22 likes

**lagoonpontoonspcb** Our pontoon boats are top of the line! 👏 We offer a 60 HP, a 90 HP, a Deluxe 90 HP, and a Double Decker with 2 water slides! They all accommodate up to 12 passengers and are equipped with bluetooth! Give us a call today to reserve yours! *850.588.8700*     

September 9, 2020





5:01

## Lagoon Pontoons ›

Page · Jet Ski Rental

**8.5K** likes · **9.3K** followers



Get hooked on Shell Island. Experience the best of PCB with our pontoon rentals and dolphin tours!

| lagoonpontoonspcb +1 ▾ | ⭐ 4.9 (500) | ⋯ See Abo |

| 👍 Like | 💬 Message | ⋯ |

**Posts**    About    Videos    Photos    More ▾

### Lagoon Pontoons's posts

**Lagoon Pontoons**
1d · 🌐



lagoonpontoonspcb 📷 🌐
Reels · 1d



🏠 Home | ▶️ Video | 👥 Friends | 🏪 Marketplace | 🔔 Notifications | Menu









**Lagoon Pontoons** at **Lagoon Pontoons**
May 9, 2022 · 🌐

Home is where the anchor drops⚓☀️

💬 Message Lagoon Pontoons

👍❤️ 7

👍 Like          💬 Comment          ➤ Send          ↱ Share

9:41

 **Lagoon Pontoons**

**Lagoon Pontoons's posts**

**Lagoon Pontoons**
Stories · 21h · 🌐

⋯

0:12

🌞FATHER'S DAY SPECIAL🌞
Friday through Monday
ALL Boats Drastically Discounted!
FULL DAY Rentals only $50 more
than 1/2 Day! 🥳 BOOK NOW!!!

lagoonpontoonspcb

Send message...

 Home
 Video
 Friends
 Marketplace
 Notifications
 Menu



9:38

Click a date to browse availability



12 passenger max capacity - 90 HP motor - Stereo - Comfortable seating - Fuel included - Explore Shell Island - Fun for the whole family!! Check your date for accurate pricing.

## About

"**90HP, 12 passenger 24ft Boats. Lagoon Pontoons has the newest & cleanest fleet in town!** Let us help you make that dream come true. Rent a pontoon boat from Lagoon Pontoons and you are the captain! We provide you with instruction on the proper use of the vessel. Maps of the area, all safety gear and fuel are included with your rental. Pontoon Boats are a great way for the entire family to spend the day. The relaxed pace and beautiful views capture the attention of all age groups. Pack a lunch and your favorite beverage and come see us at Lagoon Pontoons.

- Up to 12 Passengers



AA　　🔒 fareharbor.com　　↻



125 of 222



**Lagoon Pontoons**
Dec 4, 2023 · 🌐

We are offering pontoon boat rentals through Dec... See more



💬 Send message

👍 2

👍 Like        💬 Comment        📩 Send        ↪ Share

5:44    5G+

‹  **Lagoon Pontoons**    

Like    Message        •••


Home


Video


Marketplace


Groups


Notifications


Menu



125 of 222



**Lagoon Pontoons**
Dec 4, 2023 · 🌐

We are offering pontoon boat rentals through Dec... See more



5:44    .ıll 5G+ 

‹  **Lagoon Pontoons**    🔍

Like    Message    ...

     



124 of 246



**Lagoon Pontoons**
Dec 4, 2023 · 🌐

We are offering pontoon boat rentals through Dec... See more





10:48    ·ıl 5G

← **Post**

 **Lagoon Pontoons**
@LagoonPontoons    **Follow**    ...

Rent a pontoon boat for a weekday adventure. Book now by calling our office or online!

#lagoonpontoons #panamacitybeach #shellisland #shellislandpcb #realfunbeach #hookedonshellisland #grandlagoon #wildlife #dolphins #visitpcb #gulfofmexico #floridagulfcoast



10:02 AM · Dec 4, 2023 · **19** Views

🏠  🔍  ▱  🔔  ✉  👥

AA    🔒 x.com    ↻

← **Post**

**Lagoon Pontoons**
@LagoonPontoons    Follow    ...

Home is where the anchor drops ⚓ ☀️



5:47 PM · May 9, 2022

10:48    5G

← **Post**

 **Lagoon Pontoons**
@LagoonPontoons

**Follow**    ...

Rent a pontoon boat for a weekday adventure.
Book now by calling our office or online!

#lagoonpontoons #panamacitybeach
#shellisland #shellislandpcb #realfunbeach
#hookedonshellisland #grandlagoon #wildlife
#dolphins #visitpcb #gulfofmexico
#floridagulfcoast



10:02 AM · Dec 4, 2023 · **19** Views



AA    🔒 x.com    ↻

10:49

← **Post**



**Lagoon Pontoons**
@LagoonPontoons

Follow

Home is where the anchor drops ⚓ ☀️



5:47 PM · May 9, 2022



🔒 x.com

LAGOONPONTOONSPCB

**Posts**    Follow

lagoonpontoonspcb    ...






**5 likes**

lagoonpontoonspcb Get your boating fix all year long! Book a pontoon boat rental with us through December, Monday-Friday. Don't wait. Call or book online now... more

December 4, 2023

lagoonpontoonspcb    ...








8:28

LAGOONPONTOONSPCB
**Posts**

**Follow**

 **lagoonpontoonspcb**                    •••





♡  ○  ▽                                              🔖

**5 likes**

**lagoonpontoonspcb** Get your boating fix all year long! Book a pontoon boat rental with us through December, Monday-Friday. Don't wait. Call or book online now!

#lagoonpontoons #panamacitybeach #shellisland
#shellislandpcb #realfunbeach #hookedonshellisland
#grandlagoon #lifeisgrandonthelagoon #wildlife #dolphins
#dolphintour #dolphintours #staysaltyflorida #visitpcb
#gulfofmexico #floridagulfcoast #gulfcoastlife

December 4, 2023

**lagoonpontoonspcb**                                    •••



8:27

Follow

 lagoonpontoonspcb                    •••



30 likes

**lagoonpontoonspcb** Our favorite part of Panama City Beach? The sunsets😆

📷 : @pcbsup

#LagoonPontoons #doubledecker #VisitPCB #visitflorida #mypcb #panamacitybeach #floridabeaches #beachday #islandlife #beachlife #gulfofmexico #gulfcoast #florida #floridaliving #pontoon #boating #boat #pontoonboat #fishing #pontoonrental #jetski #summer #nature #marine #sunset #beach

August 5, 2022

8:26

lagoonpontoonspcb    **lagoonpontoonspcb**    ...



7 likes

**lagoonpontoonspcb** We offer 4 different types of pontoon boats: 60 HP, 90 HP, Deluxe 90 HP, and our Double Decker pontoon boat with 2 water slides! 👋 We have the perfect boat for everyone! Give us a call to learn more about the newest, cleanest pontoon boats in PCB and reserve yours today! 🏊 ⛱ ☀️ 🐬 *850.588.8700*

View all 3 comments

August 30, 2020

lagoonpontoonspcb    **lagoonpontoonspcb**    ...

    

8:26 

**Posts**

<     **Follow**

 **lagoonpontoonspcb**    ...



      

**10 likes**

**lagoonpontoonspcb** You never know what type of creatures you might find while snorkeling at Shell Island! 🦀 But the possibilities are endless so come find out for yourself! Purchase snorkel gear from us before you leave on your pontoon boat rental or join us on one of our private dolphin and snorkel tours! Either way you're sure to have a blast and find some awesome treasures! 🏝️🐚💬

August 27, 2020

 **lagoonpontoonspcb**    ...

    

6:06

◀ Messages

← **Post**



**Lagoon Pontoons**
@LagoonPontoons

Follow   •••

Rent a pontoon boat for a weekday adventure. Book now by calling our office or online!

#lagoonpontoons #panamacitybeach #shellisland #shellislandpcb #realfunbeach #hookedonshellisland #grandlagoon #wildlife #dolphins #visitpcb #gulfofmexico #floridagulfcoast

10:02 AM · Dec 4, 2023 · **16** Views

x.com





6:02

◀ Messages

X.com



Lagoon Pontoons (@LagoonPontoons) / X    Visit ›

Images may be subject to copyright. **Learn More**

⬆ Share          🔖 Save

YouTube

Most Fun You Can Have on …

AA          🔒 google.com          ↻

10:10     5G

< **Lagoon Pontoons**  

Posts     About     Videos     **Photos**     More ▼

Like     Message     ...

 Home
 Video
 Friends
 Marketplace
 Notifications
 Menu

11:16    5G

< **Lagoon Pontoons**  

Posts    About    Videos    **Photos**    More ▼

destin 50 MILES
New Orleans 324 MILES
key west 748 MILES
Shell Island 10 Minutes

**FUN FACT**

The waters around Panama City are home to
several species of starfish, including the
common five-armed starfish

Like    Message    •••

 Home     Video     Friends     Marketplace     Notifications     Menu

4:25    5G

# Lagoon Pontoons

 

Posts    About    Videos    **Photos**    More ▾

Like    Message    ...

Home    Video    Friends    Marketplace    Notifications    Menu

1:38   5G

< **Lagoon Pontoons**  

Like   Message   ...

 Home    Video    Friends    Marketplace    Notifications   Menu

# HY CHOOSE LAGOON PONTOON BOAT RENTALS IN
# Y BEACH?

re thinking about pontoon boat rentals or taking a ___ ut tour on your ne__ __ p to Panama City Beach on the E
bly noticed many options: <u>pontoon boats</u>, dou___ pontoon boats, <u>jet skis</u>, and m___.

  

all those choices, how do you figure out the right fit for your family and pocketbook? To help, we have a few
l consider <u>Lagoon Pontoons</u> for your next family vacation <u>boat rental</u> or <u>tour</u>.

## y To Use

ve never driven a boat before and want to get out there and drive it yourself, a pontoon is one of the easiest a
on the water. Included with our pontoon boat rentals we provide a quick training session right on the dock. Our
es how to operate the boat, safety equipment locations, onboard extras, best practices, and even some of the b
r and enjoy the local waters.

ons float on the water using sealed pontoon tubes and don't need to "plane" or any of those other things to get
Because of this, pontoon boats don't have to contend with current interference, and you can drive the boat like

d like, you can watch a quick video showing you the controls, safety features, and other information by checking
on Boat Rental Orientation video.

         

**3:45**    5G

< **Lagoon Pontoons**

Posts    About    Videos    **Photos**    More ▼


Home

Video

Friends

Marketplace

Notifications

Menu

Like    Message    ...

3:44   5G

< **Lagoon Pontoons**  

Posts    About    Videos    **Photos**    More ▼

| Like | Message | ••• |

 Home     Video     Friends     Marketplace     Notifications     Menu

5:09

< 5    Image Use- Lagoon Pont...    ∧ ∨

Mr. and Mrs. Ford,

I'm not sure if you remember me or not from the All Things PCB Outreach non-profit. It has come to my attention that Lagoon Pontoons has been using at least two (2) of my images for marketing and advertising without prior authorization for at least the last six (6) years.

I own the copyright to these images and per copyright law, all use must be authorized by the copyright owner. The written authorization that I provide, called a Use License, requires payment of a 'Use Fee' and that is how I earn my living. (Should proof of copyright ownership be required, it should be easy since these images contain my husband and children).

I kindly request that the images be removed immediately and ask that you provide a list of all uses to date so that I may calculate a fair Use Fee for all past uses.

Attached are screenshots of my images being used by your company without prior authorization, for ease of reference. If you would like to continue using the images in the future, I will gladly provide a quote for the future use needed.

I look forward to hearing back from you and getting this matter settled. Thank you!

Laura Jennings
**Laura Jennings Photography & Fine Art**



DANA C. MATTHEWS

DANA C. "D.C." MATTHEWS II

MICHAEL A. JONES
Of Counsel

KENNETH M. BORICK
Of Counsel
Also admitted in Georgia and South Carolina

CHRISTA P. DIVINEY
Board Certified Criminal Trial Lawyer
Also admitted in Alabama

C. STEPHEN TATUM

DAWN E. STUNTZ
Also admitted in Mississippi

TIMOTHY A. WILKERSON

MEGHAN M. BETZ

W. HUNTER BELL

ELIZABETH C. BILLHIMER
Also admitted in Texas and District of Colombia

# MATTHEWS & MATTHEWS
### ATTORNEYS AT LAW

INSIGHT | INTEGRITY | INNOVATION

REPLY TO DESTIN

WBELL@DESTINLAW.COM

July 24, 2024

**VIA ELECTRONIC AND CERTIFIED MAIL**
Lagoon Pontoons
Attn: Caleb Ford
5201 N Lagoon Drive, Suite 1
Panama City Beach, FL 32408
ccalebford@yahoo.com

RE:    **Laura Jennings Photography**
        **CEASE AND DESIST DEMAND LETTER**

Mr. Ford:

Please be aware that our firm represents the legal interest of Laura Jennings regarding copyrights associated with her business, Laura Jennings Photography ("Client"). It has come to my attention that your company has been using our client's copyrighted material for marketing purposes over the years.

The intellectual property of our client is an extremely important and valuable asset of her business. Accordingly, our client has instructed us to take appropriate steps to protect her intellectual property and business interest.

It has come to our attention that you are using/have copied our client's copyright by posting various photos to your business's website/social media pages as promotional material that belong to Laura Jennings Photography. Your company has copied at least two of my client's copyrighted works for advertising purposes over the span of six years. This copying is an infringement of our client's copyrights and a violation of federal law under the Copyright Act, 17 U.S.C. § 501. Screenshots of the various copyright infringements are **enclosed herein as Exhibit 1.**  Remedies available to our client include:

July 29, 2024
Page 2

- An injunction against further infringement;
- Impounding or destruction of infringing copies;
- Actual damages and statutory damages of up to $150,000; and
- Costs and attorney's fees.

Based on the above, we demand that you:
- Immediately cease and desist marketing, manufacturing, distributing, and/or selling any infringing works, including the dissemination of any photo taken/created by Laura Jennings Photography;
- Immediately agree in writing that neither Lagoon Pontoon nor any other person or entity acting on behalf of or in connection with Lagoon Pontoon directly or indirectly engage in any further unauthorized use of my client's intellectual property;
- Immediately provide an accounting of the infringing product/material that exists and destroy or deliver to our client for destruction all unauthorized items (e.g., digital images, recordings, pamphlets, products, etc.) in your possession, custody, or control that include our client's copyrighted works; and
- Immediately identify in writing any and all parties that have any unauthorized products/materials that include our client's copyrighted work.

Additionally, your company failed to tender a licensing fee ("Use Fee") to our client prior to using the copyrighted works for marketing purposes. By failing to pay our client a Use Fee, she has now suffered damages for lost royalties and a lost licensing fee for your infringing use over the past six years. By circulating our client's copyrighted work for over six years, our client is entitled to a Use Fee of $21,000.00 according to a Base Use Rate calculation. Our client hereby demands prompt payment of the Use Fee.

We look forward to receiving your affirmative response that you have fully complied with the above-stated demands within 10 business days of delivery of this letter, as well as indicating your intention to remit the Use Fee. Our client would like to resolve this matter amicably but will consider any and all legal action necessary to protect its valuable intellectual property rights under federal and state law.

Please feel free to contact us with any questions regarding the contents of this letter or for details regarding compliance with the requests made.

July 29, 2024
Page 3

This letter is written without prejudice to the rights and remedies of our client, all of which are expressly reserved.

Sincerely,

*/s/ W. Hunter Bell*

W. Hunter Bell, Esq.

WHB/abp
Enclosures: As stated
CC:     Client



# 12 passenger max capacity - 90 HP motor - Stereo - Comfortable seating - Fuel included - Explore Shell Island - Fun for the whole family!! Check your date for accurate pricing.

## About

"90HP, 12 passenger 24ft Boats. Lagoon Pontoons has the newest & cleanest fleet in town! Let us help you make that dream come true. Rent a pontoon boat from Lagoon Pontoons and you are the captain! We provide you with instruction on the proper use of the vessel. Maps of the area, all safety gear and fuel are included with your rental. Pontoon Boats are a great way for the entire family to spend the day. The relaxed pace and beautiful views capture the attention of all age groups. Pack a lunch and your favorite beverage and come see



Lagoon Pontoons





0:12



**Lagoon Pontoons** at **Lagoon Pontoons**
May 9, 2022 · 🌐



**Lagoon Pontoons**
Sep 9, 2020 · 🌐

Our pontoon boats are top of the line! 👏 We offer a 60 HP, a 90 HP, a Deluxe 90 HP, and a Double Decker with 2 water slides! They all accommodate up to 12 passengers and are equipped with bluetooth! Give us a call today to reserve yours!



**Lagoon Pontoons**
Aug 19, 2020 · 🌐

Come have some fun in the sun! ☀️ Shell Island is the perfect place to relax, unwind, and soak up the sunshine! Give us a call to reserve a pontoon boat to spend the day on the water!



**Lagoon Pontoons**
Jul 2, 2018 · 🌐



# Lagoon Pontoons ›

Page · Jet Ski Rental

**8.5K** likes  •  **9.3K** followers

  

Get hooked on Shell Island. Experience the best of PCB with our pontoon rentals and dolphin tours!

 lagoonpontoonspcb +1  ▼     4.9 (500)    ••• See Abc

 **Like**     M**essage**    •••

Posts    **About**    **Videos**    **Photos**    **More** ▼

## Lagoon Pontoons's posts

**Lagoon Pontoons**    •••



come to my attention that Lagoon Pontoons has been using at least two (2) of my images for marketing and advertising without prior authorization for at least the last six (6) years.

I own the copyright to these images and per copyright law, all use must be authorized by the copyright owner. The written authorization that I provide, called a Use License, requires payment of a 'Use Fee' and that is how I earn my living. (Should proof of copyright ownership be required, it should be easy since these images contain my husband and children).

I kindly request that the images be removed immediately and ask that you provide a list of all uses to date so that I may calculate a fair Use Fee for all past uses.

Attached are screenshots of my images being used by your company without prior authorization, for ease of reference. If you would like to continue using the images in the future, I will gladly provide a quote for the future use needed.

I look forward to hearing back from you and



**22 likes**

**lagoonpontoonspcb** Our pontoon boats are top of the line! 👏 We offer a 60 HP, a 90 HP, a Deluxe 90 HP, and a Double Decker with 2 water slides! They all accommodate up to 12

   

**9 likes**

**lagoonpontoonspcb** Come have some fun in the sun! ☀️ Shell Island is the perfect place to relax, unwind, and soak up the sunshine! Give us a call to reserve a pontoon boat to spend the day on the water! 🏝️🌊🐬 *850.588.8700*

August 19, 2020







TOURS    CUSTOMER REVIEWS    DOCK CAM    VIDEO

# HY CHOOSE LAGOON PONTOON BOAT RENTALS IN
# Y BEACH?

re thinking about pontoon boat rentals or taking a out tour on your ne p to Panama City Beach on the E
bly noticed many options: <u>pontoon boats</u>, <u>dou e pontoon boats</u>, <u>jet skis</u>, and m





all those choices, how do you figure out the right fit for your family and pocketbook? To help, we have a few re
l consider <u>Lagoon Pontoons</u> for your next family vacation <u>boat rental</u> or <u>tour</u>.

## y To Use

ve never driven a boat before and want to get out there and drive it yourself, a pontoon is one of the easiest ar
on the water. Included with our pontoon boat rentals we provide a quick training session right on the dock. Our
es how to operate the boat, safety equipment locations, onboard extras, best practices, and even some of the I
r and enjoy the local waters.

ons float on the water using sealed pontoon tubes and don't need to "plane" or any of those other things to get
Because of this, pontoon boats don't have to contend with current interference, and you can drive the boat like
l like, you can watch a quick video showing you the controls, safety features, and other information by checking

on Boat Rental Orientation video.













## Lagoon Pontoons (@LagoonPontoons) / X

**Visit ›**

Images may be subject to copyright. **Learn** More

⬆ **Share**          🔖 **Save**




▶ YouTube



TESTIMONIAL
★★★★★

We had a really good time during the dolphin tour! We had Captain Stan and he was truly great. He made it such a fun time! We were able to see dolphins up close for the first time. I recommend this a lot. Search for captain Stan!

- Yanira B.

TESTIMONIAL
★★★★★

- Brian R.



5:47 PM · May 9, 2022





sunsets😄

 : @pcbsup

#LagoonPontoons #doubledecker #VisitPCB
#visitflorida #mypcb #panamacitybeach
#floridabeaches #beachday #islandlife
#beachlife #gulfofmexico #gulfcoast #florida
#floridaliving #pontoon #boating #boat

Book now by calling our office or online!

#lagoonpontoons #panamacitybeach
#shellisland #shellislandpcb #realfunbeach
#hookedonshellisland #grandlagoon  #wildlife
#dolphins  #visitpcb #gulfofmexico
#floridagulfcoast



10:02 AM · Dec 4, 2023 · **16** Views



**10 likes**

**lagoonpontoonspcb** You never know what type of creatures you might find while snorkeling at Shell Island!  But the possibilities are endless so come find out for yourself! Purchase snorkel gear from us before you leave on your pontoon boat rental or join us on one of our private dolphin and snorkel tours! Either way you're sure to have a blast and

   

**7 likes**

**lagoonpontoonspcb** We offer 4 different types of pontoon boats: 60 HP, 90 HP, Deluxe 90 HP, and our Double Decker pontoon boat with 2 water slides! 👏 We have the perfect boat for everyone! Give us a call to learn more about the newest, cleanest pontoon boats in PCB and reserve yours today! 🌊🏝️☀️🐬 *850.588.8700*

   

**30 likes**

**lagoonpontoonspcb** Our favorite part of Panama City Beach? The sunsets🤩

 : @pcbsup

#LagoonPontoons #doubledecker #VisitPCB #visitflorida



**5 likes**

**lagoonpontoonspcb** Get your boating fix all year long! Book a pontoon boat rental with us through December, Monday-Friday. Don't wait. Call or book online now!

#lagoonpontoons #panamacitybeach #shellisland #shellislandpcb #realfunbeach #hookedonshellisland #grandlagoon #lifeisgrandonthelagoon #wildlife #dolphins #dolphintour #dolphintours #staysaltyflorida #visitpcb #gulfofmexico #floridagulfcoast #gulfcoastlife

December 4, 2023

   

**5 likes**

**lagoonpontoonspcb** Get your boating fix all year long! Book a pontoon boat rental with us through December, Monday-Friday. Don't wait. Call or book online now... more

December 4, 2023

**lagoonpontoonspcb**